IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN B., CARRIE G., JOSHUA M., ) <br> MEGAN A. and ERICA A., by their next friend, L.A.; ) <br> DUSTIN P., by his next friend, Linda C.; ) <br> BAYLI S. by her next friend, C.W.; ) <br> JAMES D. by his next friend, Susan H.; ) <br> ELSIE H. by her next friend, Stacy Miller; ) <br> JULIAN C. by his next friend, Shawn C.; ) <br> TROY D. by his next friend, T.W.; ) <br> RAY M. by his next friend, P.D.; ) <br> ROSCOE W. by his next friend, K.B.; ) <br> JACOB R. by his next friend, Kim B.; ) <br> JUSTIN S. by his next friend, Diane P.; ) <br> ESTEL W. by his next friend, E.D.; ) <br> individually and on behalf of all others ) <br> similarly situated, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> DAVE GOETZ, Commissioner, Tennessee Department ) <br> of Finance and Administration; DARIN GORDEN, ) <br> Deputy Commissioner, Bureau of TennCare; and ) <br> VIOLA MILLER, Commissioner, Tennessee ) <br> Department of Children's Services, ) <br>   ) <br>   Defendants. ) | NO. 3:98-0168 <br> JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to stay pending appeal (Docket Entry No. 1080) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 26th day of November, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge