IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN B., CARRIE G., JOSHUA M., MEAGAN A. and ERICA A., by their next friend L.A.; DUSTIN P., by his next friend, Linda C.; BAYLI S. by her next friend, C.W.; JAMES D. by his next friend, Susan H.; ELSIE H. by her next friend Stacy Miller; JULIAN C. by his next friend, Shawn C.; TROY D. by his next friend, T.W.; RAY M. by his next friend, P.D.; ROSCOE W. by his next friend, K.B.; JACOB R. by his next friend, Kim R.; JUSTIN S. by his next friend, Diane P.; and ESTEL W. by his next friend, E.D.; individually and on behalf of all others similarly situated, Plaintiffs, v. DAVE GOETZ, Commissioner, Tennessee Department of Finance and Administration; J.D. HICKEY, Assistant Commissioner, Bureau of TennCare; and VIOLA P. MILLER, Commissioner, Tennessee Department of Children's Services, Defendants. | NO. 3-98-0168<br>Judge Haynes |

*[Handwritten: ORDER. This motion is unopposed and is GRANTED. [signature] 4-9-08]*

## MOTION FOR LEAVE TO OBTAIN SEALED DOCUMENTS

Comes now Non-Party Memphis Managed Care Corporation ("MMCC"), by and through counsel, and moves the Court for leave to obtain access to the Sealed Order of January 8, 2008, Sealed Document entered on November 26, 2007, and Sealed Letter entered on December 7, 2007. In support of its motion, MMCC would show the following: