IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JOHN B., CARRIE G., JOSHUA M., MEAGAN A. )
and ERICA A., by their next friend L.A.; )
DUSTIN P., by his next friend, Linda C.; )
BAYLI S. by her next friend, C.W.; )
JAMES D. by his next friend, Susan H.; )
ELSIE H. by her next friend Stacy Miller; )
JULIAN C. by his next friend, Shawn C.; )
TROY D. by his next friend, T.W.; )
RAY M. by his next friend, P.D.; )
ROSCOE W. by his next friend, K.B.; )
JACOB R. by his next friend, Kim R.; )
JUSTIN S. by his next friend, Diane P.; and )
ESTEL W. by his next friend, E.D.; )
individually and on behalf of all others )
similarly situated, )
)
    Plaintiffs, )
)
v. ) No. 3-98-0168
)
) Judge Haynes
DAVE GOETZ, Commissioner, Tennessee )
Department of Finance and Administration; )
J.D. HICKEY, Assistant Commissioner, )
Bureau of TennCare; and VIOLA P. MILLER, )
Commissioner, Tennessee Department of )
Children's Services, )
)
    Defendants. )

### Plaintiffs' Motion to Ascertain Status of the Protective Order Governing the State's Production of the Department of Children's Services TennKids and the Tennessee Mental Health and Developmental Disabilities Incident and Incident Reports Databases

Pursuant to Local Rule 7.01(c) of the Middle District of Tennessee, the Plaintiffs respectfully file this motion to ascertain the status of the protective order governing the State's production of the Department of Children's Services TennKids database and the

Case 3:98-cv-00168   Document 1154   Filed 02/29/2008   Page 1 of 5