# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JOHN B., et al.,

     *Plaintiffs,*

DAVE GOETZ, Commissioner, Tennessee Department
of Finance and Administration, et al.,

     *Defendants.*

)
)
)
)
)
)
)
)
)

NO. 3:98-0168
JUDGE HAYNES

## O R D E R

Upon review of the file, the Court found certain errors and omissions in its prior

Memorandum of October 9, 2007 (Docket Entry No. 1028). The attached Memorandum corrects

those errors and omissions, but the underlying substance of the Memorandum remains

unchanged. Thus, the attached Memorandum shall be substituted for Docket Entry No. 1028.

It is so **ORDERED**.

**ENTERED** this the $\underline{27^{th}}$ day of January, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge